```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 45136
   JOSEPH H KUNCL
   JANICE E BAHNO                               CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-0597     SSN XXX-XX-0082
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/06/05 and confirmed on 03/23/06.

   2.  The case was dismissed after confirmation, 07/27/2007.

   3.  The Debtor paid a total of $  13077.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| AMC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| AMC MORTGAGE SERVICES | MORTGAGE ARRE | 18656.52 | .00 | 11977.11 |
| CAPITAL ONE BANK | UNSECURED | 867.14 | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ANESTHESIA ASSOCIATES | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 935.03 | .00 | .00 |
| HOUSEHOLD BANK | UNSECURED | NOT FILED | .00 | .00 |
| NEURO SPINE INSTITUTE | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| RX AQUISITIONS | UNSECURED | 285.00 | .00 | .00 |
| MEDLINK HEALTHCARE | UNSECURED | NOT FILED | .00 | .00 |
| MILITARY BOOK CLUB | UNSECURED | NOT FILED | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| RUSH COPLEY MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 635.36 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 788.90 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

         Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 18656.52 | .00 | 3511.43 | .00 | 22167.95 |
| PRINCIPAL PAID | 11977.11 | .00 | .00 | .00 | 11977.11 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 11977.11 | .00 | .00 | .00 | 11977.11 |

The Debtor's attorney, ALONZO H ZAHOUR            , was allowed $         .00 and was paid $         .00 .

The Trustee received $     464.89 .

Refunds to the Debtor totaled $     635.00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/10/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE